**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| YUJUAN BANKS, | ) | No. LACV 11-4912-JAK(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: June 16, 2011

_____
JOHN A. KRONSTADT
United States District Judge